```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HAROLD JEAN-BAPTISTE,                                                  :
                                                                       :
                              Plaintiff,                               :
                                                                       :      23 Civ. 1897 (JPC)
              -v-                                                      :
                                                                       :             ORDER
UNITED STATES DEPARTMENT OF JUSTICE et al.,                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 18, 2023, the Court issued an Order dismissing in full Plaintiff's Amended Complaint, Dkt. 9, but granting Plaintiff leave to file a second amended complaint by June 19, 2023.  *See* Dkt. 43.  Plaintiff did not file a second amended complaint by that date.  Consequently, the Clerk of Court is respectfully directed to enter judgment dismissing the Amended Complaint without prejudice, and to close this case.

    SO ORDERED.

Dated:  July 6, 2023
        New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge