**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HAROLD JEAN-BAPTISTE,

                    Plaintiff,

    -against-                                   23 **CIVIL** 1897 (JPC)

                                                          **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE et al.,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2023, that the Amended Complaint is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      July 6, 2023

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                     **BY:**

                                                                       **Deputy Clerk**